# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LACIE MCGEE, <br><br> Plaintiff, <br><br> vs. <br><br> GGNSC GRAND ISLAND LAKEVIEW LLC, d/b/a GOLDEN LIVING CENTER GRAND ISLAND LAKEVIEW, and GGNSC GRAND ISLAND PARK PLACE LLC, d/b/a GOLDEN LIVING CENTER GRAND ISLAND PARK PLACE, <br><br> Defendants. | 8:16CV107 <br><br> ORDER |

This matter is before the court on the sua sponte.

On March 7, 2016, the defendant GGNSC Grand Island Lakeview LLC removed this action from the District Court of Hall County, Nebraska. **See** Filing No. 1. The removing defendant filed the action in the Omaha division, but did not make a written request for the place of trial. *Id.*; **see also** NECivR 40.1(b)-(c). The parties did not mention the location for trial in the defendant's Answer, the plaintiff's Demand for Jury Trial, or the parties' planning report. **See** Filing Nos. 4, 7, and 8. In the plaintiff's May 6, 2016, amended complaint, she requested trial be held in the Lincoln division. **See** Filing No. 12 p. 10. Such request is ineffective under the local rules. At this stage in proceedings, the court will consider a change in the place of trial only upon motion in accordance with NECivR 40.1 or stipulation of the parties.

    **IT IS SO ORDERED.**

Dated this 10th day of May, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge
