IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **LACIE MCGEE,** | |
| Plaintiff, | 8:16CV107 |
| vs. | |
| **GGNSC GRAND ISLAND LAKEVIEW LLC**, d/b/a Golden Living Center-Grand Island Lakeview, and **GGNSC GRAND ISLAND PARK PLACE LLC**, d/b/a Golden Living Center - Grand Island Park Place, | ORDER |
| Defendants. | |

This matter is before the court on the motion (Filing No. 15) and amended motion (Filing No. 16) of Kathleen Neary and the firm of Powers Law to withdraw as counsel for the plaintiff. Ms. Neary states in the motion that she and her firm may have a conflict of interest with the client. Ms. Neary also seeks to stay proceedings to allow the plaintiff an opportunity to obtain substitute counsel. The amended motion states Ms. Neary spoke with the plaintiff who understands the conflict and does not oppose withdrawal. Accordingly,

**IT IS ORDERED**:

1. Kathleen Neary's motions to withdraw (Filing Nos. 15 and 16) are granted.

2. The plaintiff shall have to **on or before August 26, 2016**, to engage substitute counsel. If substitute counsel has not entered an appearance by that date, the plaintiff will be considered proceeding pro se.

3. The Clerk of Court shall mail a copy of this order to the plaintiff at: 1821 West 17th Street, Grand Island, Nebraska, 68803.

4. All other deadlines are stayed pending resolution this issue.

Dated this 21st day of July, 2016.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge