UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LACIE MCGEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 8:16-cv-00107-JFB-SMB |
| | ) |
| GGNSC GRAND ISLAND LAKEVIEW LLC d/b/a GOLDEN LIVING CENTER GRAND ISLAND LAKEVIEW; GGNSC GRAND ISLAND PARK PLACE LLC d/b/a GOLDEN LIVING CENTER- GRAND ISLAND PARK PLACE | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the parties' Joint Stipulation for Dismissal (Filing No. 33). The Court concludes the stipulation of dismissal complies with Rule 41(a) and should be approved. The above-captioned action will be dismissed with prejudice, and each party will bear their own attorney fees and costs.

IT IS ORDERED:

1. The parties' Joint Stipulation for Dismissal (Filing No. 33) is approved.

2. The above-captioned action is dismissed with prejudice.

3. The Court will not assess any fees or costs.

Dated this 23rd day of February, 2017.

BY THE COURT:

 s/ Joseph F. Bataillon
Senior United States District Judge

11082009v1